# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

JEFF FUNK,

    Petitioner,

-vs-                                            Case No.  8:07-CV-2329-T-30MSS

FLORIDA PAROLE COMMISSION, et al.,

    Respondents.
_____/

## ORDER

Petitioner, an inmate in a Florida penal institution proceeding *pro se*, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 challenging the revocation of his parole supervision in 2006 (Dkt. 1).  However, Petitioner did not pay the $5.00 filing fee or file a request to proceed *in forma pauperis*, one of which is required to be done within thirty (30) days of the commencement of the action.  *See* Rule 1.03(e) of the Local Rules of the United States District Court for the Middle District of Florida.[1]

ACCORDINGLY, the Court **ORDERS** that:

---

[1] Petitioner is cautioned that although he is appearing *pro se*, he is required to comply with the Local Rules of the Middle District of Florida,  the Federal Rules of Civil Procedure, and the Rules Governing Section 2254 Cases.  His failure to do so could result in sanctions, including dismissal of his claims.  *See Moon v. Newsome*, 863 F.2d 835, 837 (11th Cir.), *cert. denied*, 493 U.S. 863 (1989).  A copy of the Local Rules may be obtained at no charge by mailing a letter to the Clerk's Office. Because the Court cannot pay the mailing costs, you must also provide a self-addressed envelope with $4.20 postage affixed thereto.  A copy of the Local Rules may be found in the Prison Law Library.  They may also be found in <u>Florida Rules of Court</u> available from West Group, 620 Opperman Drive, St.  Paul, Minnesota 55164.

1.      Petitioner shall, on or before January 26, 2008, either submit the $5.00 filing fee or complete and file the enclosed Affidavit of Indigency.  Failure to do so will result in the **dismissal** of this action **without further notice**.

2.      The **Clerk** shall **enclose** an Affidavit of Indigency form in the envelope with Petitioner's copy of this Order.

**DONE** and **ORDERED** in Tampa, Florida on December 27, 2007.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copy to: *Pro se* Petitioner
SA:sfc